IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARL DONLEY
ADC #136226                                                          PLAINTIFF

v.                            No. 4:19-cv-646-DPM

TURN KEY MEDICAL,
Doctor, Medical Staff                                                DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, № 4. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Donley's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2019