# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CARL DONLEY**
**ADC #136226**                                              **PLAINTIFF**

v.                          **No. 4:19-cv-646-DPM**

**TURN KEY MEDICAL,**
**Doctor, Medical Staff**                                    **DEFENDANT**

## JUDGMENT

Donley's complaint is dismissed without prejudice.

*NPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*15 November 2019*